```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF WASHINGTON
```

UNITED STATES OF AMERICA,        )
                                 )   No. CR-02-138-WFN
                 Plaintiff,      )
                                 )   ORDER GRANTING DEFENDANT'S
v.                               )   MOTION TO MODIFY
                                 )
THOMAS STANKO MARKS,             )
                                 )
                 Defendant.      )
                                 )

At the March 9, 2006, hearing on Defendant's Motion for Modification of Conditions of Release, Assistant U.S. Attorney Joseph H. Harrington represented the United States. Defendant was present with Assistant Federal Defender Steve Hormel.

The court finds that the Defendant has been compliant with conditions of released since imposed in 2002.

**IT IS ORDERED:**

1. Defendant's Motion **(Ct. Rec. 125)** is **GRANTED.** Defendant may travel outside the district for employment purposes only, without **written** consent of Pretrial Services. However, at least two business days prior to traveling outside the district, Defendant shall notify his supervising Probation Officer of the travel, the purpose of the travel, where he will be staying while outside the district, and shall notify his supervising Probation Officer upon

ORDER GRANTING DEFENDANT'S MOTION TO MODIFY - 1

1  his return.  If Defendant is traveling to Seattle, Missoula or
2  Idaho, the two-day prior notice will not required; same-day notice
3  will be sufficient.
4       2.   All other conditions of release previously imposed shall
5  remain in effect.
6       DATED March 10, 2006.
7
8                         S/ CYNTHIA IMBROGNO
                       UNITED STATES MAGISTRATE JUDGE
9

ORDER GRANTING DEFENDANT'S MOTION TO MODIFY - 2